# EXHIBIT 1









<gt;



Reading List

Google

Out East - Shared

Details    Activity

Earlier this month

Nov 3

Martha Nolan moved 224 items to the trash

EDITED TULUM SHOOT
DIGITAL ASSETS
IMG_3383.JPG
IMG_3292.JPG
IMG_3285.JPG
IMG_3288.JPG

Show all



















