# EXHIBIT 2

# EXHIBIT 2







## Review and confirm bank account changes

Whalebone Project, LLC made these changes:

Previous bank information: Bank account ending in

3273

Updated bank information: Bank account ending in 8689



 Settings

New 

# Staff permissions for specific apps and channels

Select which apps and channels your staff members can access, install, and manage.

## Store owner

 **Martha Nolan**
Last login was Friday, January 14, 2022 1:03 PM EST

## Staff (2 of 2)                                        Add staff

 You have reached your staff limit. You can replace or add staff by deactivating an active staff member or upgrading your plan.
Compare plans

**Erika Djerf**
Last login was



ED

Tuesday, January 18, 2022 11:56 AM EST

Limited permissions

Bryant Stephens



BS

Last login was

Limited permissions