# EXHIBIT 3



Hamptonsattire
$225

Hamptonsattire
$195







**WESTBURY** »
Hamptonsattire
$225

**EDGEMERE** »
Hamptonsattire
$195




Home


News


1
Dating


Groups


Notifications


Menu

5:53



# Legal information



## Hamptonsattire
oeasto

### Name
Out East Eyewear

### Business address
18f, 555 10th Avenue, New York, NY 10018

### Email address
No email address listed

### Additional information

Terms and Conditions

Privacy Policy







**Out East Lincoln-blk/gry**
$225.00

**Ray Ban Round Bridge-gld/blu**
$187.00





**Out East Culloden-tor/gry**
$195.00

**Ray Ban Aviator Polar-gold/green**
$211.00



**Out East Halsey-gol/gry**
$195.00

**Ray Ban Aviator Mirror-gold/blue**
$186.00





**Ray Ban Aviator Mirror-gold/green**
$186.00

**Ray Ban Legend Aviator-blk on gold/green**
$198.00





**Out East Wilkes-tort/nav**
$225.00

**Out East Devon-wht/nav**
$225.00





**Ray Ban Evolve-red to violet**
$159.00

**Ray Ban Evolve-green to blue**
$159.00



**Out East Willow-tor/nav**
$195.00

**Moxlox Rico Sunglasses-blue saphire**
$125.00







**Ray Ban Round-gunmet/grn**
$161.00

**Ray Ban Hexagon-gold/green**
$161.00

## More from other shops





**RAY-BAN unisex RB3025 AVIATOR GRADIENT**
Sunglass Hut
$213.00

**Ray-Ban Sunglasses RB3025 001/58 58-14**
WatchMaxx.com
$126.00





Sale

**Ray-Ban Gold Aviator Metal Green Unisex S...**
WatchMaxx.com
$96.00

**Coach Sunglasses HC 7124 9005V9 59 Lig...**
SunglassOutlet.com
$101.75 $185.00





Sale

**Suncloud Patrol**
Red Beard's Outfitter
$59.99

**Carrera Gipsy65 Brown Aviator Unisex Sung...**
Jomashop.com
$59.99 $112.99





Sale

**Ray-Ban Gold Aviator Metal Green Unisex S...**
EyeMart Store
$210.00

**Ray Ban Scuderia Ferrari Blue Gradient Mirr...**
Jomashop.com
$168.99 $244.99







Gucci Square Metal Unisex Sunglasses GG0...
WatchMaxx.com
$175.00

Coach Sunglasses HC 7124 90058G 59 Lig...
SunglassOutlet.com
$101.75 $185.00





Michael Kors Azur Sunglasses MK 1065 101...
SunglassOutlet.com
$64.99 $197.00

Coach Sunglasses HC 7124 90054E 59 Ligh...
SunglassOutlet.com
$101.75 $185.00











**Prada Sunglasses PR 52WS AAV0A7 58 Bla...**
SunglassOutlet.com
$207.90 $378.00

**Costa Del Mar Loreto Rose Gold Metal Aviat...**
WatchMaxx.com
$105.00





**Jase New York Stark Sunglasses In Black**
Machtees
$60.00 $85.00

**Coach Sunglasses HC 8296U 56158H 56 B...**
SunglassOutlet.com
$95.15 $173.00



USD $ ∨

## Home / Search

# SEARCH

# Your search for "out east eyewar" revealed the following:

out east eyewar | Search



**Loyalty Points**   ✕

Did you know you can earn points for signing up, making purchases and more?   >

Quick Add

Quick Add

Add

Add

Loyalty Points

BAY BY OUT EAST
EYEWEAR

$195

GANSETT BY OUT
EAST EYEWEAR

$195

CLYDEN BY OUT
EAST EYEWEAR

$225

WATERMILL BY
OUT EAST
EYEWEAR

$350



Quick
Add

GALTON BY OUT
EAST EYEWEAR

$225

BEAUTY IS IN THE
DETAILS. DON'T
MISS ANY! SIGN
UP FOR

15%

Email address

Sign up

# OFF

YOUR FIRST ORDER

## INFORMATION

Modest Swimwear

One Piece Swimsuits

Two Piece Swimsuits

Resort Wear for Women

Blog

News

Press

Careers

Sitemap

Reviews

## CUSTOMER SERVICE

Contact us

Shipping

Returns

FAQs

Accessibility

Accessibility Statement

Wholesale

     





      

  

© 2022 HERMOZA. ALL RIGHTS RESERVED.
PRIVACY & TERMS.



USD ⌄          S gn up / Log  n

*wyld blue*

Home    Womens ⌄    Kids ⌄    Luxury ⌄
Accessories ⌄    Jewelry ⌄    Homewares ⌄    Mens
Beauty ⌄    About Sasha Benz    Press

Home  /  Search results for out east

# Search results for out east



## Categories

Womens (1184)

Kids (589)

Luxury (629)

Accessories (597)

Jewelry (1313)

Homewares (443)

Mens (48)

Beauty (95)

## Brands

◯ All brands

◯ Apparis

◯ Michael Dweck Studio

◯ Out East Eyewear

◯ Ronny Kobo

**11 products**        Sort by    Most viewed ⌄

Teddy
Coa

$195.00

Na a ia
Coa

$395.00

Ciara
Dress

$178.00

Linen
Apron
Dress

$60 00

Ke  is
Shades

$200.00

The End
Book

$200.00

◯ Wyld Blue

◯ Wyld Blue Home

◯ Wyld Blue Kids

Price                                    ⌃

$ 5 .





Li o B azer
Deep
Mahogany

$540.00

Devon

$225.00

Seascape
Shades

$225.00





C    oden
Shades

$195.00

C ay Ti s

$45.00

wyld blue

🔲 📘

Categories

Womens

Kids

Luxury

Accessories

Jewelry

My
account

Register

My orders

My wishlist

Information

About Us

Authenticity
Process

Careers

Return Policy

Shipping

Subscribe to our
newsletter

Your em

Subscribe

Homewares

Mens

Beauty

Shipping

Privacy policy

Contact Us

Locations

Press

About Sasha
Benz

© Copyr ght 2022 Wy d B ue Aspen · Powered by Lightspeed



USD



**Wyld Blue**    All products    Womens    More ▾                    Follow

Listed by Wyld Blue

# Devon

**$225.00**

$20.00 standard shipping

View on Website

This will take you to www.wyldblue.store

Save

## Details

## Shipping & Returns

## Store Information                    View shop

**Wyld Blue**
258 people like this Page

## More from this shop                    See all





**Pepa Capri Sunglasses**
$160.00

**Magnetic Shade Sunglasses**
$170.00





**Yellow rectangle sunglasses**
$110.00

**Pepa Barbados Sunglasses**
$160.00





**Dennis Star Cruiser Sunglasses**
$440.00

**Clear gold frame sunglasses**
$120.00





**Gold Frame Black Lens Square Shades**
$85.00

**Rectangle Shades**
$140.00





**Culloden Shades**
$195.00

**Tan rectangle sunglasses**
$110.00





**Capri Sunglasses**
$250.00

**Enzo Capri Sunglasses**
$160.00



**Nala Sunglasses**
$140.00

**Hot pink rectangle sunglasses**
$110.00







**Seascape Shades**
$225.00

**The City Sunglasses**
$110.00

## More from other shops



Sale

**SAWYER**
Spinoza Eyecare
$195.00 ~~$245.00~~



**Gucci Square Metal Unisex Sunglasses GG0...**
WatchMaxx.com
$175.00





**Custom Engraved Wayfarer Wooden Sungla...**
Engraved In Nature
$95.00

**BENDIS**
Tabulae Eyewear
$149.00



Sale

**Saint Laurent Sunglasses SL 328/K 005 Gol...**
SunglassOutlet.com
$243.00 ~~$405.00~~



**Ray-Ban Gold Aviator Metal Green Unisex S...**
WatchMaxx.com
$96.00



Sale

**Versace VE2236 Medusa Aviator Sunglasse...**
Designer Daydream
$179.99 ~~$290.00~~



Sale

**Prada Sunglasses PR 52WS AAV0A7 58 Bla...**
SunglassOutlet.com
$207.90 ~~$378.00~~



Sale

**Ray-Ban Beat Sunglasses RB 3594 914687 ...**
SunglassOutlet.com
$100.10 ~~$143.00~~

**Papa**
Specsbylux
$129.00



**Gucci Havana Acetate and Metal Aviator Su...**
WatchMaxx.com
$161.00

**Gucci Black Acetate Butterfly Unisex Sungl...**
WatchMaxx.com
$160.00





**GG0410SK**

My Glasses Direct

$435.00