

101 Eisenhower Parkway, Suite 412
Roseland, NJ 07068
(973) 287-0966

535 Fifth Avenue, 4th Floor
New York, NY 10017
(646) 374-0255

**Jordan M. Engelhardt, Partner**
jengelhardt@aystrauss.com | 646-253-6305 (NY)

June 13, 2022

**By ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Joint Letter Motion re: Adjournment of Preliminary Conference:
Out East Accessories Inc. v. Grace et al., 1:22-cv-03101-LGS

Dear Judge Schofield:

We represent Plaintiff Out East Accessories Inc. in the above-named action and write jointly with counsel for Defendants Dylan Grace and Martha Nolan pursuant to Local Rule 7.1(d) and Part I.B.2. of Your Honor's Individual Rules to request an adjournment of the preliminary conference, currently scheduled for June 22, 2022 at 4:10 p.m., and an adjournment of the corresponding deadline of June 15, 2022 at 12 p.m. for the parties to file the joint letter provided for in the Court's Order dated April 20, 2022 (ECF 8) till one week prior to the new preliminary conference date.

As noted, the original preliminary conference date is June 22, 2022 and the original date for the parties' joint letter submission is June 15, 2022. The parties respectfully request an adjournment of the preliminary conference until a date convenient for the Court during the week of August 1, 2022, with the joint letter due seven (7) days beforehand during the week of July 25.[1] No previous request for adjournment of the preliminary conference has been made.

The adjournments are requested because, as the parties previously noted (*see* ECF 15 at 1), the parties are actively negotiating settlement of this case and making significant progress. At this time, counsel have exchanged comments on a draft settlement agreement and aim for the parties to execute that agreement as soon as possible. Defendants consent to and join in this request.

Application GRANTED. The initial pretrial conference scheduled for June 22, 2022, is adjourned to **August 3, 2022, at 4:20 P.M.** The parties shall file the required joint letter and proposed civil case management plan and scheduling order by **July 27, 2022, at 12:00 P.M.**

Dated: June 13, 2022
New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for Plaintiff will not be a

Respectfully,

| | |
|---|---|
| A.Y. STRAUSS LLC | REISMAN PEIREZ REISMAN & CAPOBIANCO LLP |
| By: _____<br>Jordan M. Engelhardt, Esq.<br>Eric H. Horn, Esq.<br>535 Fifth Avenue, 4th Floor<br>New York, New York 10017<br>Tel. (646) 374-0255<br>Fax (973) 840-2123<br>jengelhardt@aystrauss.com<br>ehorn@aystrauss.com<br><br>*Attorneys for Plaintiff* | By: _____<br>Jerome Reisman, Esq.<br>1305 Franklin Avenue, Suite 270<br>Garden City, NY 11530<br>Tel. (516) 746-7799 x114<br>Fax (516) 742-4946<br>jreisman@reismanperez.com<br><br>*Attorneys for Defendants* |