UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OUT EAST ACCESSORIES INC., <br><br> *Plaintiff*, <br><br> -against- <br><br> DYLAN GRACE and MARTHA NOLAN, <br><br> *Defendants*. | Civil Action No.: 22-cv-3101 <br><br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS Plaintiff Out East Accessories Inc. and Defendants Dylan Grace and Martha Nolan (together, "the Parties") have agreed to the terms of a confidential Settlement Agreement;

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their counsel of record, hereby stipulate to the dismissal with prejudice of all claims in this action.

                                                                                              Respectfully submitted,

| | |
|---|---|
| A.Y. STRAUSS LLC | REISMAN PEIREZ REISMAN & CAPOBIANCO LLP |
| | |
| By:    *s/ Jordan M. Engelhardt* <br>         Jordan M. Engelhardt, Esq. <br> Eric H. Horn, Esq. <br> 535 Fifth Avenue, 4th Floor <br> New York, New York 10017 <br> Tel. (646) 374-0255 <br> Fax (973) 840-2123 <br> jengelhardt@aystrauss.com <br> ehorn@aystrauss.com <br><br> *Attorneys for Plaintiff* <br><br> Dated: July 15, 2022 | By:    *s/ Jerome Reisman* <br>         Jerome Reisman, Esq. <br> 1305 Franklin Avenue, Suite 270 <br> Garden City, NY 11530 <br> Tel. (516) 746-7799 x114 <br> Fax (516) 742-4946 <br> jreisman@reismanperez.com <br><br> *Attorneys for Defendants* |